# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** DEC 3 0 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DANIEL RAY HELWICK,

        Defendant.

CASE NO. 11CR5384-JLS

JUDGMENT OF ~~DISMISSAL~~

**FILED** JAN 4 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Information:

21USC952 AND 960 - IMPORTATION OF COCAINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 30, 2011

_Louisa S Porter_
U.S. Magistrate Judge